*Pamela S. Nagy*, special public defender, in opposition.

Decided October 16, 2007

STATE OF CONNECTICUT *v.* WILLIAM C.

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 508 (AC 26877), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Sheila A. Huddleston* and *Moira L. Buckley*, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided October 16, 2007

STATE OF CONNECTICUT *v.* ANGEL ROBLES

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 383 (AC 27010), is denied.

*Joseph A. Jaumann*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided October 16, 2007

DAPHNE MCKINNEY *v.* BRIAN CHAPMAN

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 446 (AC 27579), is denied.